FILED

Nov 09 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PILLSBURY WINTHROP SHAW PITTMAN LLP
PAULA WEBER (SBN 121144)
paula.weber@pillsburylaw.com
ALEKZANDIR MORTON (SBN 319241)
alekzandir.morton@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Defendants
8x8, INC. and VIKRAM VERMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANI HUBLOU, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>8x8, INC., a Delaware corporation; VIKRAM VERMA, an individual; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 5:19-cv-07554-NC<br><br>JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)] ; ORDER |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    Defendants 8x8, Inc. and Vikram Verma (collectively "Defendants") and Plaintiff Rani Hublou ("Plaintiff") (Defendants and Plaintiff collectively referred to as the "Parties"), by and through their respective counsel, jointly move the Court for an order dismissing the above entitled civil action in its entirety with prejudice as to all defendants and all causes of action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

DATED:  November 9, 2020			PILLSBURY WINTHROP SHAW PITTMAN LLP


				By:   /s/ Paula M. Weber
				Paula M. Weber
				Alekzandir Morton
				Attorneys for Defendants
				8x8, INC. and VIKRAM VERMA

DATED:  November 9, 2020			CALLAHAN & BLAINE


				By:   /s/ Edward Susolik
				Scott Nelson
				Edward Susolik
				Attorneys for Plaintiff
				RANI HUBLOU

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing of the document and have authorized the filing.

DATED:  November 9, 2020           PILLSBURY WINTHROP SHAW PITTMAN LLP


By:   /s/ Paula M. Weber
       Paula M. Weber
       Attorneys for Defendants
       8x8, INC. and VIKRAM VERMA

ORDER

The Court, having considered the Parties' Joint Motion for Voluntary Dismissal With Prejudice, and finding good cause therefore, hereby ORDERS that the above-captioned matter be and hereby is dismissed with prejudice as to all defendants and all causes of action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS SO ORDERED.

Dated:  November 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins